UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00109-FWS-JDE | Date | April 2, 2026 |
|---|---|---|---|
| Title | Julio Cruz v. Cotti Foods Corporation et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present             None Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [20] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

          -    :    -

Initials of Deputy Clerk    rrp

CC: